FILED U.S. DISTRICT COURT SAVANNAH DIV.
2011 MAR 22 AM 11:53
CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| CALVIN BERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD E. BAILEY and )<br>SCALE SOUTH, INC., )<br>)<br>Defendants. ) | Case No. CV411-022 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 22 day of March, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA